**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bepreet S. Marad                                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-13797 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca A. Solarz

Rebecca Solarz
30 Sep 2020, 17:07:36, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 265691b93608de9956ada9f0a4a6d66a7f7b566776ef20595ca7dbb17a8bc9d4