**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Bepreet S. Marad | : |
| Debtor | : Bankruptcy No. 20-13797 ELF |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Amended Chapter 13 Plan sent on December 2, 2020, by electronic notification and United States First Class Mail to the Office of the Trustee, and all secured and priority creditors using the addresses listed in the claims register.

      \s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**