## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Bepreet S. Marad** | : | Chapter 13 |
| | | : | Bankruptcy No. |
| | | : | 20-13797 ELF |

## CERTIFICATE OF SERVICE

I, **MICHAEL S. SCHWARTZ, ESQUIRE**, hereby certify that I sent the attached motion for Approval of Compensation (Application for compensation) on January 5, 2021 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties, including secured creditors, priority creditors, and Debtor, using the addresses listed on the claims register.

Respectfully Submitted,

\_\_\_\s\ Michael S. Schwartz_____
**MICHAEL S. SCHWARTZ, ESQUIRE**
Attorney for Debtor