United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Bepreet S. Marad  
    Debtor(s)

Case No. 20-13797-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 06, 2021     Form ID: 155     Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bepreet S. Marad, 2625 Paris Avenue, Trevose, PA 19053-6739 |
| 14562044 | + | American Express, PO Box 297879, Fort Lauderdale, FL 33329-7879 |
| 14549250 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14539628 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14539629 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14546905 | + | BMO Harris Bank N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 14540493 | + | Banc of America Leasing & Capital, LLC, c/o Shannon J. Posner, Esq., 11350 McCormick Road, Hunt Valley, MD 21031-1002 |
| 14545662 | + | Banc of America Leasing & Capital, LLC, c/o Shannon J. Posner, Esquire, Law Offices of Shannon J. Posner, P.A., Executive Plaza I - Suite 700, 11350 McCormick Road Hunt Valley, Maryland 21031-1002 |
| 14539630 | + | Banc of America Leasing and Capital, 2600 W. BIG BEAVER ROAD, Troy, MI 48084-3309 |
| 14539631 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14548872 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14539632 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14539633 | + | Bergeys, 462 Harleysville Pike, Souderton, PA 18964-2153 |
| 14539635 | | CBNA/Best Buy, PO Box 78009, Phoenix, AZ 85062-8009 |
| 14563762 | + | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14539637 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14539638 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14539641 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14539642 | + | Electric Funds Source, 1104 Country Hills Drive, Ogden, UT 84403-2400 |
| 14561893 | + | Fulton Bank, PO Box 790408, Saint Louis MO 63179-0408 |
| 14539643 | + | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 14550531 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14539646 | + | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14548647 | + | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14561894 | + | Navistar Financial Corporation, 2701 Navistar Drive, Lisle IL 60532-3637 |
| 14547103 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14539649 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14564781 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark CA 93020-2410 |
| 14539651 | + | STTC Service Tire Center, 2255 Avenue A, Bethlehem, PA 18017-2107 |
| 14539650 | + | Shannon Posner, Esquire, Executive Plaza I - Suite 700, 11350 McCormick Road, Hunt Valley, MD 21031-1002 |
| 14550128 | | TD Bank, N.A., c/o Jack M. Seitz, Esq., 1620 Pond Road, Ste 200, Allentown, PA 18104-2255 |
| 14550493 | + | TD Bank, N.A., c/o Jack M. Seitz, Esq., Lesavoy Butz & Seitz LLC, 1620 Pond Road, Allentown, PA 18104-2255 |
| 14555724 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14539654 | + | Verizon Connect, 6929 N. Lakewood Avenue, Tulsa, OK 74117-1816 |
| 14561895 | + | Wells Fargo Equipment Finance, 600 S. 4th Street, Minneapolis MN 55415-1526 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14539626 | + | Email/Text: backoffice@affirm.com | Jan 07 2021 03:52:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |

Case 20-13797-elf    Doc 27    Filed 01/08/21    Entered 01/09/21 00:53:15    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: 155 | Total Noticed: 52 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14549632 | | Email/Text: ally@ebn.phinsolutions.com | Jan 07 2021 03:51:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14539627 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 07 2021 03:51:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14539634 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 07 2021 03:40:32 | Capital One/Neiman Marcus/Bergdorf Goodm, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14552359 | | Email/Text: bnc-quantum@quantum3group.com | Jan 07 2021 03:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14539639 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 07 2021 03:51:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14546873 | | Email/Text: mrdiscen@discover.com | Jan 07 2021 03:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14539640 | + | Email/Text: mrdiscen@discover.com | Jan 07 2021 03:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14539644 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2021 03:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14539636 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 07 2021 04:08:29 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14539645 | + | Email/Text: kabbagebankruptcy@brantonlawfirm.com | Jan 07 2021 03:52:00 | Kabbage, 925B Peachtree Street NE, Suite 1688, Atlanta, GA 30309-3918 |
| 14545424 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 03:33:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14539646 | + | Email/Text: Documentfiling@lciinc.com | Jan 07 2021 03:51:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14539647 | + | Email/PDF: pa_dc_claims@navient.com | Jan 07 2021 03:39:03 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14539648 | + | Email/Text: bankruptcy@ondeck.com | Jan 07 2021 03:52:00 | On Deck, 1400 Broadway, 25th Floor, New York, NY 10018-5225 |
| 14561244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 07 2021 03:33:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14539652 | | Email/Text: bankruptcy@td.com | Jan 07 2021 03:51:00 | TD Bank, PO Box 5600, Lewiston, ME 04243 |
| 14539653 | + | Email/Text: dbogucki@trumark.org | Jan 07 2021 03:52:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2712 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 20-13797-elf  Doc 27  Filed 01/08/21  Entered 01/09/21 00:53:15  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: 155 | Total Noticed: 52 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2021                    Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JACK M. SEITZ | on behalf of Creditor TD Bank  N.A. jseitz@lesavoybutz.com, sblake@lesavoybutz.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Bepreet S. Marad msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| SHANNON J. POSNER | on behalf of Banc of America Leasing & Capital  LLC sjposner@posner-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Bepreet S. Marad
     Debtor(s)

Chapter: 13

Bankruptcy No: 20−13797−elf

---

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 5, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

26 − 9
Form 155