**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Bepreet S. Marad** | : | Chapter 13 |
| | | : | Bankruptcy No. |
| | | : | **20-13797 ELF** |

## CERTIFICATION OF NO-OBJECTION OR RESPONSE

    I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion for Approval of Compensation (Application for compensation) with the Clerk of the United States Bankruptcy Court on January 5, 2021 and sent notice via electronic notification and/or First Class Mail on January 5, 2021 to the Trustee and all interested parties that they had twenty-one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty-one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

                                                   Respectfully Submitted,

                                                   _____\s\ Michael Schwartz_____
                                                   **MICHAEL SCHWARTZ, ESQUIRE**
                                                   Attorney for Debtor