**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **BEPREET S. MARAD** | : | Chapter 13 |
| | | : | Bankruptcy No. |
| | | : | **20-13797 ELF** |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Motion to Approve Loan Modification sent on September 1, 2021, by electronic notification and United States First Class Mail to the Office of the Trustee, and all secured and priority creditors using the addresses listed in the claims register.

\s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**