**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:          **BEPREET S. MARAD**                          :          **Chapter 13**
                                                              :          **Bankruptcy No.**
                                                              :          <u>**20-13797 ELF**</u>

<u>**CERTIFICATE OF SERVICE**</u>

    I, **MICHAEL S. SCHWARTZ, ESQUIRE,** hereby certify that I sent the attached motion for Approval of Supplemental Compensation (Application for compensation) on September 1, 2021 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties, including secured creditors, priority creditors, and Debtor, using the addresses listed on the claims register.

Respectfully Submitted,

\_\_\_\s\ Michael S. Schwartz_____
**MICHAEL S. SCHWARTZ, ESQUIRE**
Attorney for Debtor