**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        **BEPREET S. MARAD**            :    Chapter 13
                                              :    Bankruptcy No.
                                              :    <u>20-13797 ELF</u>

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion for Approval of Supplemental Compensation (Application for compensation) with the Clerk of the United States Bankruptcy Court on September 1, 2021 and sent notice via electronic notification and/or First Class Mail on September 1, 2021 to the Trustee and all interested parties that they had twenty-one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty-one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

Respectfully Submitted,


_____\s\ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor