**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **BEPREET S. MARAD** | : | Chapter 13 |
| | | : | Bankruptcy No. |
| | | : | <u>**20-13797 ELF**</u> |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

    I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion to modify chapter 13 plan with the Clerk of the United States Bankruptcy Court on September 1, 2021 and sent notice via electronic notification and/or First Class Mail on September 1, 2021 to the Trustee and all interested parties that they had fourteen (14) days to file an Answer, Objection or other responsive pleading; that more than fourteen (14) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

                                                 Respectfully Submitted,

                                                 \s\ Michael Schwartz
                                              **MICHAEL SCHWARTZ, ESQUIRE**
                                              Attorney for Debtor