## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      **BEPREET S. MARAD**         :      **Chapter 13**
                                       :      **Bankruptcy No.**
                                       :      **<u>20-13797 ELF</u>**

# O R D E R

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental ompensation is **ALLOWED** in favor of the Applicant in the amount of **<u>$500.00</u>** .

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2  to the extent provided for in the confirmed plan.

**Date:**  10/14/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**