United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13797-elf |
| Bepreet S. Marad | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 15, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bepreet S. Marad, 2625 Paris Avenue, Trevose, PA 19053-6739 |
| NONE | + | Banc of America Leasing & Capital, LLC, c/o Shannon J. Posner, Esquire, Law Offices of Shannon J. Posner, P.A., Executive Plaza I - Suite 700, 11350 McCormick Road Hunt Valley, MD 21031-1002 |
| cr | | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | TD Bank, N.A., Lesavoy Butz & Seitz LLC, c/o Jack M. Seitz, Esq., 1620 Pond Road, SUITE 200 ALLENTOWN, PA 18104-2255 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JACK M. SEITZ | on behalf of Creditor TD Bank  N.A. jseitz@lesavoybutz.com, sblake@lesavoybutz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Bepreet S. Marad msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: pdf900 | Total Noticed: 4 |

SHANNON J. POSNER
    on behalf of Banc of America Leasing & Capital  LLC sjposner@posner-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | **BEPREET S. MARAD** | : | Chapter 13 |
| | | : | Bankruptcy No. |
| | | : | **20-13797 ELF** |

# O R D E R

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental ompensation is **ALLOWED** in favor of the Applicant in the amount of **$500.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 to the extent provided for in the confirmed plan.

Date: 10/14/21

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**