United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-13797-mdc
Bepreet S. Marad Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Jul 13, 2023     Form ID: 138OBJ     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bepreet S. Marad, 2625 Paris Avenue, Trevose, PA 19053-6739 |
| 14540493 | + | Banc of America Leasing & Capital, LLC, c/o Shannon J. Posner, Esq., 11350 McCormick Road, Hunt Valley, MD 21031-1002 |
| 14545662 | + | Banc of America Leasing & Capital, LLC, c/o Shannon J. Posner, Esquire, Law Offices of Shannon J. Posner, P.A., Executive Plaza I - Suite 700, 11350 McCormick Road Hunt Valley, Maryland 21031-1002 |
| 14539630 | + | Banc of America Leasing and Capital, 2600 W. BIG BEAVER ROAD, Troy, MI 48084-3309 |
| 14539633 | + | Bergeys, 462 Harleysville Pike, Souderton, PA 18964-2153 |
| 14539642 | + | Electric Funds Source, 1104 Country Hills Drive, Ogden, UT 84403-2400 |
| 14561894 | + | Navistar Financial Corporation, 2701 Navistar Drive, Lisle IL 60532-3637 |
| 14590351 | + | On Deck Capital, Inc., 12 Powder Springs St, Suite 240, Marietta, GA 30064-7205 |
| 14547103 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14539651 | + | STTC Service Tire Center, 2255 Avenue A, Bethlehem, PA 18017-2107 |
| 14539650 | + | Shannon Posner, Esquire, Executive Plaza I - Suite 700, 11350 McCormick Road, Hunt Valley, MD 21031-1002 |
| 14550128 | | TD Bank, N.A., c/o Jack M. Seitz, Esq., 1620 Pond Road, Ste 200, Allentown, PA 18104-2255 |
| 14550493 | + | TD Bank, N.A., c/o Jack M. Seitz, Esq., Lesavoy Butz & Seitz LLC, 1620 Pond Road, Allentown, PA 18104-2255 |
| 14539654 | + | Verizon Connect, 6929 N. Lakewood Avenue, Tulsa, OK 74117-1816 |
| 14561895 | + | Wells Fargo Equipment Finance, 600 S. 4th Street, Minneapolis MN 55415-1526 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 14 2023 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14539626 | + | Email/Text: backoffice@affirm.com | Jul 14 2023 00:21:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 14549632 | | Email/Text: ally@ebn.phinsolutions.com | Jul 14 2023 00:20:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14539627 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 14 2023 00:20:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14562044 | + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 01:00:27 | American Express, PO Box 297879, Fort Lauderdale, FL 33329-7879 |
| 14549250 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 00:59:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14539628 | + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 00:45:39 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14539629 | + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 00:25:56 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14546905 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Jul 14 2023 00:20:00 | BMO Harris Bank N.A., PO Box 3040, Cedar |

Case 20-13797-mdc   Doc 54   Filed 07/15/23   Entered 07/16/23 00:31:05   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: 138OBJ | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| 14539631 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 14 2023 00:20:00 | Rapids, IA 52406-3040<br>Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14548872 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jul 14 2023 00:20:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14539632 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 14 2023 00:20:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14539635 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2023 00:45:35 | CBNA/Best Buy, PO Box 78009, Phoenix, AZ 85062-8009 |
| 14539634 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2023 00:25:55 | Capital One/Neiman Marcus/Bergdorf Goodm, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14563762 | + Email/Text: bnc@bass-associates.com | Jul 14 2023 00:20:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14539637 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2023 00:46:03 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14539638 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2023 00:25:51 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14539641 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2023 00:44:47 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14552359 | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2023 00:20:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14539639 | + Email/Text: electronicbkydocs@nelnet.net | Jul 14 2023 00:20:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14546873 | Email/Text: mrdiscen@discover.com | Jul 14 2023 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14539640 | + Email/Text: mrdiscen@discover.com | Jul 14 2023 00:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14594694 | Email/Text: ECMCBKNotices@ecmc.org | Jul 14 2023 00:20:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14561893 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 14 2023 00:20:00 | Fulton Bank, PO Box 790408, Saint Louis MO 63179-0408 |
| 14539643 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 14 2023 00:20:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 14539644 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2023 00:20:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14539636 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2023 00:25:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14550531 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 14 2023 00:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14539645 | Email/Text: bankruptcy@kservicing.com | Jul 14 2023 00:20:00 | Kabbage, 925B Peachtree Street NE, Suite 1688, Atlanta, GA 30309 |
| 14545424 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 00:25:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14539646 | + Email/Text: Documentfiling@lciinc.com | Jul 14 2023 00:20:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 14539647 | + Email/PDF: pa_dc_claims@navient.com | Jul 14 2023 00:25:44 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14548647 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2023 00:20:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14539648 | + | Email/Text: bankruptcy@ondeck.com | Jul 14 2023 00:20:00 | On Deck, 1400 Broadway, 25th Floor, New York, NY 10018-5225 |
| 14561244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2023 00:25:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14564781 | + | Email/PDF: ebnotices@pnmac.com | Jul 14 2023 00:44:44 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark CA 93020-2410 |
| 14539649 | + | Email/PDF: ebnotices@pnmac.com | Jul 14 2023 00:25:46 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14539652 | | Email/Text: bankruptcy@td.com | Jul 14 2023 00:20:00 | TD Bank, PO Box 5600, Lewiston, ME 04243 |
| 14539653 | + | Email/Text: dbogucki@trumark.org | Jul 14 2023 00:20:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14555724 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 14 2023 00:20:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JACK M. SEITZ
    on behalf of Creditor TD Bank  N.A. jseitz@lesavoybutz.com, sblake@lesavoybutz.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL SETH SCHWARTZ
    on behalf of Debtor Bepreet S. Marad msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jul 13, 2023 | Form ID: 138OBJ | Total Noticed: 56

SHANNON J. POSNER
    on behalf of Banc of America Leasing & Capital  LLC sjposner@posner-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Bepreet S. Marad

        Debtor(s)                       Case No: 20−13797−mdc

                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                               900 Market Street
                                  Suite 400
                             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/13/23